IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

TIMOTHY JOHNSON,                 )       CV 10-00149 HG-KSC
                                 )
          Plaintiff,             )
                                 )
     vs.                         )
                                 )
SECURITAS SECURITY SERVICES      )
USA, INC.,                       )
                                 )
          Defendant.             )
_____)

<u>ORDER ADOPTING MAGISTRATE JUDGE'S</u>
<u>FINDINGS AND RECOMMENDATION (DOC. 29)</u>

"Findings and Recommendation to Dismiss This Action Without Prejudice" having been filed and served on all parties on 5/20/2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 29) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 9, 2011.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge